CASE No. 2:09cv02297

IN THE
UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION
AT MEMPHIS

HOWARD JEFFERSON ATKINS,
PETITIONER-APPELLANT,

v.

JAMES M. HOLLOWAY, WARDEN,
RESPONDENT-APPELLEE.

ON REMAND FROM
THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
CASE NO. 12-6498

MOTION TO SEPARATE GROUND ONE
FROM GROUNDS TWO THROUGH FOUR
– AND –
MOTION TO PROCESS GROUND ONE TO COMPLETION
BEFORE PROCEEDING ON GROUNDS TWO THROUGH FOUR

COMES NOW, Petitioner, Howard J. Atkins, pro se, and presents this Motion to Address the Merits of GROUND ONE, his Eighth Amendment *Miller* issue, prior to and separate from his other habeas claims, effectively holding his other claims in abeyance pending disposition of this issue. In support of his Motion, Petitioner presents the following:

1. Ground One, Petitioner's Eighth Amendment *Miller* claim, and Grounds Two through Four, dealing with Sixth Amendment claims of ineffective assistance of counsel, are distinct and complex issues which would benefit from individualized attention.

2. Ground One presents primarily a question of *law*. The only witness testimony required would be to show proof of the mitigating factors applicable to Petitioner, and the mitigating factors would only be pertinent at a new sentencing hearing. The Petitioner has presented the mitigating factors in this habeas petition for the sole purpose of showing that there are substantial mitigating factors in Petitioner's favor, demonstrating why Petitioner is prejudiced by the current sentencing scheme.

3. Conversely, Petitioner's Sixth Amendment claims will put a significant financial burden on the state, due to the required evidence and witnesses involved, including a psychologist and Petitioner's trial and post-conviction counsel.

4. The Petitioner's conviction is over fourteen years old, and the various witnesses' memories may have faded significantly in the interim; and/or certain witnesses may no longer be available.

5. In addition, the presentation of Petitioner's Sixth Amendment claims may require the presence of a number of family members of both the Petitioner and the victim. The Petitioner would like to avoid putting them through this second trauma if possible.

6. An outcome favorable to Petitioner on his *Miller* claim *may* result in a resolution of the federal habeas corpus petition as a whole.

7. This is not an attempt to delay or draw out proceedings, but is simply an effort on the part of the Petitioner to approach this petition in a way that is least burdensome to all parties involved.

Wherefore, premises considered, Petitioner prays this Honorable Court grant these Motions and allow Ground One to proceed through all stages prior to Grounds Two through Four.

Respectfully submitted,

_____

Howard J. Atkins #327480
W.T.S.P. Site 1
P.O. Box 1150
Henning, TN 38041-1150

## CERTIFICATE OF SERVICE

I, hereby certify that a true and exact copy of the foregoing has been forwarded via, First Class Mail, postage prepaid, to the following individuals:

**Herbert Slattery, Tennessee Attorney General**
**C/O Scott C. Sutherland, Assistant Attorney General**
**425 Fifth Ave. N.**
**P.O. Box 20207**
**Nashville, TN 37202-0207**

This the 12th day of August, 2015

Respectfully,

Howard J. Atkins
W.T.S.P. Site 1
P.O. Box 1150
Henning, TN 38041-1150