IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

HOWARD J. ATKINS,

    Petitioner,

v.                                                              No. 09-2297

JAMES HOLLOWAY, WARDEN,

    Respondent.

### NOTICE OF APPEARANCE

Comes now the undersigned, Michael J. Stengel, Esq., and, pursuant to L.R. 83.4(e), enters his notice of appearance as counsel of record for the petitioner, Howard J. Atkins, in this cause.

    Respectfully submitted,

    S/Michael J. Stengel

    _____
    Michael J. Stengel (12260)
    Lawyer for Howard J. Atkins
    619 South Cooper Street
    Memphis, TN 38104
    (901) 527-3535

### Certificate of Service

I hereby certify that I have served a copy of the foregoing Notice of Appearance by electronic means, via the Court's

electronic filing system, on Michael M. Stahl, Asst. Attorney General this 23d day of May, 2017.

                                                        S/Michael J. Stengel