# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| HOWARD J. ATKINS, | ) |
| Petitioner, | ) ) ) |
| v. | )  No. 2:09-cv-02297-SHL-dkv |
| RANDY LEE, | ) ) ) |
| Respondent. | ) ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on the Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody, filed May 7, 2009 (ECF No. 1),

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that, in accordance with the Order Modifying the Docket, Denying Petition Pursuant to 28 U.S.C. § 2254, Denying a Certificate of Appealability, Certifying That an Appeal Would Not Be Takin in Good Faith and Denying Leave to Proceed *In Forma Pauperis* on Appeal (ECF No. 76), entered August 28, 2018, judgment is entered and the matter is hereby **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

August 28, 2018
Date